THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. THOMAS MAZURKIEWICZ, Appellant.

*Crimes — arson — judgment of conviction affirmed.*

People v. *Mazurkiewicz,* 213 App. Div. 851, affirmed.
(Submitted May 8, 1925; decided June 2, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 30, 1925, which affirmed a judgment of the Erie County Court rendered upon a verdict convicting the defendant of the crime of arson in the first degree.

*Thomas L. Newton* for appellant.

*Guy B. Moore,* District Attorney (*John J. Kane* of counsel), for respondent.

Judgment affirmed under provisions of section 542 of the Code of Criminal Procedure; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.

---

THOMAS M. STANLEY, Appellant, v. DANIEL J. LEARY et al., Copartners under the Firm Name of LEARY & Co., Respondents.

*Contract — master and servant — action for services — when proper to deduct from gross receipts sum paid as excess profits tax in computing compensation of profit-sharing employee.*

*Stanley* v. *Leary,* 208 App. Div. 714, affirmed.
(Argued May 8, 1925; decided June 2, 1925.)

APPEAL from a judgment, entered February 2, 1924, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The plaintiff, a profit-sharing employee, brought this action against his employers for an accounting of an alleged unpaid balance of compensation for services rendered in the year 1917, claiming the same to be due because the defendants, in computing

the amount of his compensation, included as a deduction from their gross receipts a sum paid by them to the United States as excess profits tax.

*Anson Burlingame Cole* and *George R. Holahan, Jr.,* for appellant.

*Siegfried F. Hartman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.

---

THE PEOPLE OF THE STATE OF·NEW YORK, Appellant, *v.* MICHAEL SCHLAGEL, Respondent.

*Conservation Law — fish and game — action ;o recover penalty for having fish nets in possession.*

People v. *Schlagel,* 210 App. Div. 323, affirmed.
(Argued May 8, 1925; decided June 2, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 1, 1924, sustaining defendant's exceptions, ordered to be heard in the first instance by the Appellate Division, and granting a motion for a new trial in an action to recover from defendant a penalty under the provisions of section 182 of the Conservation Law for having fish nets in his possession within 300 feet of inland waters.

*Albert Ottinger, Attorney-General (John O. Bates* of counsel), for appellant.

*George D. Forsyth* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts, on opinion of CLARK, J., below.

Concur:·HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.